— Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. Settle order on notice.

In the Matter of the Proposed Laying Out and Construction of the BRONX PARKWAY EXTENSION HIGHWAY by the BOARD OF SUPERVISORS OF THE COUNTY OF WESTCHESTER, Respondent, across the Tracks and Right of Way of the NEW YORK CENTRAL RAILROAD COMPANY, Appellant, etc., in the Town of Mount Pleasant.— Determination of the board of supervisors of Westchester county annulled and reversed upon the law, without costs. If the crossing in question is within section 90 of the Railroad Law,* it is because it is a State highway, and the Superintendent of Public Works has exclusive jurisdiction to institute the proceeding. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Petition of GRACE NETHERCOTT, as Administratrix, etc., of HENRY JAMES NETHERCOTT, Deceased, for the Discovery of Property Withheld. — Decree of the Surrogate's Court of Kings county, so far as appealed from, reversed upon the law and the facts, with costs to appellant against respondent, on the ground that the finding that there was a valid gift of the securities mentioned in the decree herein is not established by the evidence and we find that respondent should account to appellant therefor. Findings contrary to this decision are reversed and new findings will be made in accordance herewith. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur. Settle order on notice.

NEW CENTER DEVELOPMENT CORPORATION, Appellant, v. HALMA CONSTRUCTION CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ. Settle order on notice.

SAVERIO F. AMMENDOLA, Respondent, v. NEW YORK AND HARLEM RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

JOSEPH F. BROWN, Respondent, v. NEW YORK AND STAMFORD RAILWAY COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

MARIE CONNOR, Respondent, v. THE WILLIAMSBURGH SAVINGS BANK, Defendant, and THOMAS F. HOGAN, as Administrator, etc., of ANNIE CONNOR, Deceased, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

PAUL COSTALLAT and LILLIAN COSTALLAT, Respondents, v. JOSEPH DIAMOND and BENJAMIN ANTANOWSKY, Defendants, and THRIFT SERVICE STATIONS, INC., Appellant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

PAUL COSTALLAT and LILLIAN COSTALLAT, Respondents, v. JOSEPH DIAMOND and BENJAMIN ANTANOWSKY, Appellants, and THRIFT SERVICE STATIONS, INC., Defendant.— Motion to dismiss appeal granted. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.

CHARLES CRONAUER, Appellant, v. HENRIETTA J. CRONAUER, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument

* Amd. by Laws of 1924, chap. 481. See, also, Public Works Law (Laws of 1923, chap. 867), §§ 11, 12, 14, 24.— [REP.